UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAIME HERNANDEZ-CAMPOS and LEODEGARIO CRUZ-TREJO, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>FANN FARMS, INC., WILLIAM KENNETH FANN, KENNETH A. FANN, TERESA W. FANN, and FRANCISCO VALADEZ, JR.,<br><br>Defendants. | Civil Action No.: 5:18-cv-162-BO |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement asking the Court to approve the settlement agreement executed by Counsel for the Parties on behalf of plaintiffs Jaime Hernandez-Campos and Leodegario Cruz-Trejo, by their counsel of record, and on behalf of defendants Fann Farms, Inc., William Kenneth Fann, Kenneth A. Fann, Teresa W. Fann, and Francisco Valadez, Jr., by their counsel of record, with respect to plaintiffs' claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.* and the North Carolina Wage and Hour Act ("NCWHA") asserted in this case. Based on the information presented, the Court finds that the settlement is a fair and reasonable resolution of a bona fide FLSA dispute, has been obtained without any collusion by the parties or their respective counsel, and that the relief requested in the Joint Motion and Supporting Memorandum for Approval of FLSA Settlement Agreement is fair, reasonable, and appropriate.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Approval of FLSA Settlement Agreement is GRANTED, the settlement agreement between the parties IS APPROVED. The Court shall retain jurisdiction over this action for a period of sixty (60) days after the date that this Order is filed to allow for the plaintiffs to enforce the Settlement Agreement. At the expiration of that sixty (60) day period, absent motion by one of the parties to this action, this action shall be DISMISSED WITH PREJUDICE.

Entered this the 30 day of August 2018.

Terrence W. Boyle
United States District Judge