UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:18-CV-162-BO

| | |
|---|---|
| JAIME HERNANDEZ-CAMPOS and LEODEGARIO CRUZ-TREJO, <br><br> Plaintiffs, <br><br> v. <br><br> FANN FARMS, INC., WILLIAM KENNETH FANN, KENNETH A. FANN, TERESA W. FANN, and FRANCISCO VALADEZ, JR. <br><br> Defendants. | **ORDER** |

This case comes before the Court following the Court's approval of the parties' FSLA Settlement Agreement. [DE 18]. The Court retained jurisdiction over this case for a period of sixty days to allow the parties to enforce the settlement agreement. As sixty days have elapsed and no party has filed a motion, this case is DISMISSED WITH PREJUDICE. The clerk is directed to close the case.

SO ORDERED, this __1__ day of November, 2018.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE