UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAIME HERNANDEZ-CAMPOS and LEODEGARIO CRUZ-TREJO, <br><br> Plaintiffs, <br><br> v. <br><br> FANN FARMS, INC., WILLIAM KENNETH FANN, KENNETH A. FANN, TERESA W. FANN, and FRANCISCO VALADEZ, JR., <br><br> Defendants. | **JUDGMENT** <br><br> 5:18-CV-162-BO |

**Decision by Court.**
This case comes before the Court following the Court's approval of the parties' FSLA Settlement Agreement. [DE 18].

**IT IS ORDERED, ADJUDGED AND DECREED** that this case is DISMISSED WITH PREJUDICE.

This case is closed.

**This judgment filed and entered on November 2, 2018, and served on:**
Robert J. Willis (via CM/ECF Notice of Electronic Filing)
Andrew Miller Jackson (via CM/ECF Notice of Electronic Filing)
Paul H. Derrick (via CM/ECF Notice of Electronic Filing)

November 2, 2018

PETER A. MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk